**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ROSE A. CALLAHAN, | : | Case No. 2:22-cv-3694 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**TRANSFER ORDER**

This case is before the Court on Plaintiff's Motion for Transfer to the Northern District of Ohio. (Doc. #9). In the Motion, counsel for Plaintiff indicates that the Complaint was originally filed in the U.S. District Court for the Northern District of Ohio with an erroneous statement that Plaintiff resides in Delaware City in Delaware County, Ohio instead of the city she actually resides, which is the city of Cleveland in Cuyahoga County, Ohio. (Doc. #9, *PageID* #11). As a result of this mistaken address, Plaintiff's case was transferred to this Court. *Id.* Accordingly, Plaintiff requests that the case be transferred back to the U.S. District Court for the Northern District of Ohio. *Id.* Attached to Plaintiff's Motion is an Amended Complaint with the averment that Plaintiff resides in Cleveland, Ohio, County of Cuyahoga. *Id.* at 12.

Based on Plaintiff's averments that she resides in Cleveland, Ohio, County of Cuyahoga, the undersigned finds that venue is proper in the United States District Court for the Northern District of Ohio. *See* 28 U.S.C. § 1391(b). Accordingly, Plaintiff's Motion (Doc. #9) is **GRANTED** and this case is hereby **TRANSFERRED** to the United States District Court for the Northern District of Ohio.

**IT IS SO ORDERED.**

October 28, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge